NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 513, AFL-CIO,**
*Petitioner,*

v.

**NATIONAL LABOR RELATIONS BOARD,**
*Respondent.*

---

2010-3126

---

Petition for review of the National Labor Relations Board in case no. 14-CB-10424.

---

## ON MOTION

---

## ORDER

Upon consideration of International Union of Operating Engineers' unopposed motion to voluntarily dismiss this petition for review for lack of jurisdiction,

IT IS ORDERED THAT:

(1) The motion is granted. All other pending motions are moot.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 15 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James P. Faul, Esq.
    Amy H. Ginn, Esq.

s19

ISSUED AS A MANDATE: JUL 15 2010

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2010

JAN HORBALY
CLERK